UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TERESA ANSLEY

                        Plaintiff

       -against-

STAPLES, INC.

                        Defendant
---------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No.: 1:20-cv-05064-FB-VMS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York

      March 4, 2022

X _____       John A. Risi  JR-6475
LAW OFFICES OF MICHAEL S.         PILLINGER, MILLER, TARALLO, LLP
LAMONSOFF, PLLC                   Attorneys for Defendant
Attorneys for Plaintiff                      555 Taxter Road, 5th Floor
Financial Square at 32 Old Slip, 8th Fl.    Elmsford, NY 10523
New York, New York 10005            914-703-6300
212-962-1020